The People of the State of Colorado, Petitioner In the Interest of J.O. Respondent No. 22SC644
Supreme Court of Colorado, En Banc
February 21, 2023

 Court
 of Appeals Case No. 20CA1539

 Petition
 for Writ of Certiorari DENIED.

 CHIEF
 JUSTICE BOATRIGHT would grant as to the following issue:

 Whether
 the court of appeals erred by creating an unclear test for
 the sufficiency of evidence imposing an additional burden on
 the prosecution when a person accused of unlawful sexual
 contact is seventeen years old or younger, and in holding the
 evidence in this case was insufficient for a reasonable
 person to determine the juvenile committed unlawful sexual
 contact.